22306, 22363. STILLMAN *et al. v.* GENERAL EXCHANGE INSURANCE CORPORATION OF NEW YORK; and *vice versa.*

BROYLES, C. J. 1. Under the facts of this case as disclosed by the record, the court did not err in awarding a nonsuit.

2. The case having been disposed of by a judgment of nonsuit, it would be "beside the mark" for this court to pass upon the assignment of error (in the bill of exceptions) based upon the allowance of an amendment to the defendant's plea.

*Judgment on the main bill of exceptions affirmed; cross-bill dismissed. Hooper, J., concurs. MacIntyre, J., not presiding.*

DECIDED NOVEMBER 17, 1932.

*W. F. Wimberly, A. W. & M. V. Higdon,* for plaintiffs.
*Smith, Hammond, Smith & Bloodworth,* for defendant.